**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| DOCUMENT SECURITY SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVERLIGHT ELECTRONICS CO., LTD., and EVERLIGHT AMERICAS, INC, <br><br> Defendant. | Civil Action No. 2:17-cv-310 (JRG) <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

Document Security Systems, Inc., through its undersigned counsel, hereby submits this Notice of

Dismissal dismissing all claims against Defendants Everlight Electronics Co., Ltd., and Everlight

Americas, Inc. without prejudice in the above-captioned case.  Defendants Everlight Electronics

Co., Ltd., and Everlight Americas, Inc. have not served upon the Plaintiff either an answer or a

motion for summary judgment.

Dated:  June 8, 2017                              Respectfully submitted,


                                                  /s/   *Brian Ledahl*
                                                  Brian Ledahl (CA SB No. 186579)
                                                  Neil A. Rubin (CA SB No. 250761)
                                                  Jacob Buczko (CA SB No. 269408)
                                                  RUSS AUGUST & KABAT
                                                  12424 Wilshire Boulevard 12th Floor
                                                  Los Angeles, California 90025
                                                  Telephone: 310-826-7474
                                                  Facsimile: 310-826-6991
                                                  E-mail: bledahl@raklaw.com
                                                  E-mail: nrubin@raklaw.com
                                                  E-mail: jbuczko@raklaw.com

                                                  Elizabeth L. DeRieux
                                                  State Bar No. 05770585
                                                  Capshaw DeRieux, LLP
                                                  114 E. Commerce Ave.
                                                  Gladewater, TX 75647
                                                  Telephone: 903-845-5770
                                                  Email: ederieux@capshawlaw.com

                                                  Attorneys for Plaintiff,
                                                  *Document Security Systems, Inc.*


### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on the date of filing.


                                                  /s/ *Brian Ledahl*

                                                  Brian Ledahl